JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURHAAN SALEH, | CV 20-9095 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HUDSONS BAY COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's October 19, 2020 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE